# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 01-cr-00350-05-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DAVID STRAUSS,

    Defendant.

---

## ORDER TERMINATING SUPERVISED RELEASE
## PRIOR TO ORIGINAL EXPIRATION DATE

---

    On January 20, 2006, the Probation Department was advised that the defendant had submitted a petition to the Court requesting early termination of supervision in this case twelve months prior to the scheduled termination date. On January 23, 2006, the Probation Department was advised that the Government does not object to the proposed relief.

Accordingly, it is:

    ORDERED that the defendant be discharged from supervised release and that the proceedings in this case be terminated.

    DATED at Denver, Colorado, this 2nd day of February, 2006.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
United States District Judge